IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Brandon A. Covial
(Covial)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-   *(see attached)*

New York City police department
Seward Public Library NYPD

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____24-cv-03125-SJB_____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
               *(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

REC'D IN PRO SE OFFICE
APR 24 '24 PM 2:27

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____ Brandon A. Covial_____

Street Address _____ 47 E 30th St _____

City and County _____ New York city, Manhattan _____

State and Zip Code _____ New York   10016 _____

Telephone Number _____ 417 - 952 - 3810 _____

E-mail Address _____ bcovial94@gmail.com _____

( bcoViaL94@gmail.com )

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

NYPD officer

Name _____ Marvin Francillon  Badge # 2673 _____

Job or Title (if known) _____ NYPD police officer _____

Street Address _____ 230 E 21st St, NY, _____

City and County _____ New york   manhattan _____

State and Zip Code _____ New York   10010 _____

Telephone Number _____ 212 477 7411 _____

E-mail Address (if known) _____ marvin.francillon@nypd.org _____

Defendant No. 2

Name _Ashley Duncan-Peters Badge # 5093_

Job or Title
(if known) _NYPD police officer_

Street Address _230 E 21st st_

City and County _New York city   manhattan_

State and Zip Code _New York / 10010_

Telephone Number _212 477 7411_

E-mail Address
(if known)

Defendant No. 3

Name _Chris Budhan Badge # 18680_

Job or Title
(if known) _NYPD police officer_

Street Address _230 E 21st st, NY_

City and County _New York city   manhattan_

State and Zip Code _New York / 10010_

Telephone Number _212 477 7411_

E-mail Address
(if known)

Defendant No. 4

Name _Thomas Walsh Badge # 843_

Job or Title
(if known) _NYPD police sergeant_

Street Address _230 E 21st st_

City and County _New York city   manhattan_

State and Zip Code _New York / 10010_

Telephone Number _212 477 7411_

E-mail Address
(if known)

3

Defendant No.

Name _Thomas Gaglione    Budge #25144_

Job or Title *(if known)* _NYPD officer_

Street Address _7th precinct_

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name _Irving Martinez    Budge #_

Job or Title *(if known)* _NYPD officer    1975-1_

Street Address _7th precinct_

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name _Vincent Lee    Budge # 4331_

Job or Title *(if known)*

Street Address _7th precinct_

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The federal constitutional rights that were violated were 1st amendment and 4th amendment rights.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*My 1st amendment right to press to film was violated. My 4th amendment right to not consent to unlawful seizures was violated.*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*(There were two events)*

*Event #1. The NYPd police officers unlawfully used Penal law 140.05 to unlawfully solicit a false trespass outside of their jurisdiction telling me my rights to film were making them uncomfortable. They illegally arrested me with no crimes committed. No persons had legal basis to trespass me.*

*Event #2 on back of this page!*

Event # 2

The NYPd officers police officers
used created policies on a website with no legal basis
to unlawfully trespass me and arrest me. The NYPd officers
solicited an unlawful trespass. No person or individual
in the seward public library asked me to leave the premises
or had legal basis to request me to leave.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

United states postal office (335 E 14th st New York N.Y. 10009

Seward Public library (192 E Broadway New York N.Y. 10002

B.    What date and approximate time did the events giving rise to your claim(s) occur?

US Post office: Saturday around 8:16 am May 15th or May 13th 2021

Seward Public library

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

During the two events that occurred, The New York City police officers illegally conducted false arrests and used color to infringe my rights under the constitution to film. At the post office the NYPD officer Marvin Francillon illegally made an attempt to solicit a trespass and Thomas Walsh as a sargeant, ordered and allowed officers to arrest me, outside of their jurisdiction inside of the U.S. postal office to stop me from filming or participating in my constitutional rights to film in public. There was no legal basis for me to be trespassed or arrested and no person or individual told me to leave. I had no crimes committed.

Event #2

5

see back page

At the seward public library, NYpd officers
illegally arrested me for filming and unlawfully
solicited a trespass. The NYpd officer Thomas
Gaglione arrested me for his words "for filming."
Vincent Lee as a sargeant allowed these officers
to unlawfully arrest me. For the post office
incident I have a certificate of disposition for
showing the D.A. Video footage, I have video
footage of my rights being violated. At the seward
public library Vincent Lee asked a library worker
to tell me I could not take pictures or film and
violated my 1st amendment right of press to film.
Thomas Gaglione falsely stated "There are policies
and rules and photography is not allowed," I have
both incidents recorded.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

_____

_____

_____

_____

_____

_____

_____

_____

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

I would like to make a prayer of request and ask for the courts to recover compensatory damages. During these two events both my protected 1st amendment and 4th amendment rights were violated with prevention for me to work and conduct business with my video journalism. My compensatory damages range from $50 thousand dollars to $200 thousand dollars

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

6

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 23rd, 20 24

Signature of Plaintiff _____

Printed Name of Plaintiff _____Brandon Covin_____

Certificate #: U-000002842-F



# NEW YORK CRIMINAL COURT                          FEE

100 Centre St., New York, NY 10013

Phone: (646) 386-4500  Fax: (718) 374-5293

Court ORI: NY030033J

| Search Criteria Provided by Requestor | |
|---|---|
| Arrest Date: | |
| Charges: | PL 140.05 |
| Conviction Date: | |
| Crime Date: | |
| DOB: | 05-07-1994 |
| Docket Number: | CS-900630-21CN |
| Legacy/IDV Docket Number: | |
| Party Name: | COVIAL,BRANDON |
| Sentence Date: | 10-07-2021 DISMISSED |
| Ticket Number: | 4449957425 |

## Certificate of Disposition

THIS IS TO CERTIFY that the undersigned has examined the files of the New York Criminal Court concerning the above entitled matter and finds the following:

## NO RECORD FOUND

Dated:    October 7, 2021

_____
Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

Pursuant to Judiciary Law § 212.2(z), a certificate of disposition for the public contains only records of convictions, if any, and information about pending cases. All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute.

08/17/22    1,700.00



ReadyPost
Document Mailer

USPS

From: Brandon Covial
47 E 20th St
NJ, NY 10016



To: The clerk office
CCS Cadman Plaza