

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
phone: (212) 356-2657
fax: (212) 356-3509
e-mail: jzangril@law.nyc.gov

December 13, 2024

Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: <u>Brandon A. Covial v. Marvin Francillion, et al.</u>,
     24 Civ. 4817 (PAE) (JW)

Your Honor:

  I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York and Marvin Francillon in the above referenced matter. I write to respectfully notify the Court that the City has been unable to communicate with Plaintiff due to apparent issues with his mailing address.

  By way of background, *pro se* Plaintiff Brandon A. Covial filed his Complaint on June 25, 2024. The docket sheet indicates that Plaintiff's mailing address is: 47 East 30th Street, New York, NY 10016. On November 8, 2024, this office spoke with Plaintiff by telephone, during which Plaintiff provided the following address:

  Brandon A. Covial
  47 East 30th Street
  Apt. 1
  New York, NY 10016

  During that conversation, this office provided Plaintiff with a courtesy copy, via email, of the Court's *pro se* information package (ECF No. 12) and provided instructions on how to update his address with the Court. However, as Plaintiff has never responded to any emails from this office, we cannot confirm whether this email reached him. This office has been unable to contact Plaintiff since that date and therefore cannot verify if this address is accurate.

The City's letter motions filed on November 18, 2024 (ECF No. 15) and November 22, 2024 (ECF No. 18), which were served by mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), were returned marked "insufficient address, unable to forward." Additionally, on December 2, 2024 and December 6, 2024, Court Orders mailed to Plaintiff were similarly returned marked "Return To Sender INSUFFICIENT Address Unable To Forward."

Because this office is unable to communicate with Plaintiff at his address of record, it is respectfully requested that the Court direct Plaintiff to verify or update his current mailing address to avoid unnecessary delays.

The defendants thank the Court for its time and consideration of this request.

                    Respectfully submitted,

                    *Joseph Zangrilli* /s/

                    Joseph Zangrilli
                    Attorney for Defendants City and Francillon
                    *Senior Counsel*
                    New York City Law Department
                    100 Church Street
                    New York, NY 10007
                    (212) 356-2657
                    jzangril@law.nyc.gov

Cc:     VIA FIRST CLASS MAIL
        Brandon A. Covial
        47 East 30th Street
        Apt. 1
        New York, NY 10016
        *Pro Se Plaintiff*