UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRANDON A. COVIAL,

                      Plaintiff,                    **ORDER**

       -against-                     **24-CV-4817 (PAE) (JW)**

MARVIN FRANCILLION *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of multiple letters from the Defendants seeking an extension of time to reply to the Complaint, and to compel Plaintiff to both update his address and execute a Criminal Procedure Law § 160.50 release. Dkt. Nos. 22, 24–25. Those requests are GRANTED.

    Plaintiff is ordered to file a letter updating or correcting his address and separately execute a Criminal Procedure Law § 160.50 release **by February 21, 2025.**

    **The Clerk of Court is respectfully requested to mail a copy of the order to Plaintiff Brandon A. Covial's last known address of 47 East 30th Street, New York, NY 10016.**

    SO ORDERED.

DATED:    New York, New York
                January 22, 2025

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge